IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

CURTIS EDWARD STORY,              :
    Petitioner,               :
                                      CIVIL ACTION 09-0262-KD-B
v.                                :
                                    CRIMINAL ACTION 08-00044-KD-B
UNITED STATES OF AMERICA,         :
    Respondent.               :

ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that Petitioner's Motion to Vacate (Doc. 32) be DENIED and that this action be DISMISSED. It is further ORDERED that a certificate of appealability be DENIED.

DONE this 29th day of February, 2012.

                                                  s/ Kristi K. DuBose
                                                  KRISTI K. DuBOSE
                                                  UNITED STATES DISTRICT JUDGE